UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CAROLYN NADEAU, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:23-cv-00408-NT |
| | ) | |
| TOWN OF MILO, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER ON MOTION FOR PLAINTIFF TO
PARTICIPATE TELEPHONICALLY IN HEARING**

A hearing is scheduled for July 25, 2024, at 11:00 a.m., on the motion to withdraw filed by Plaintiff's counsel. Plaintiff asks the Court for leave to appear telephonically for the hearing. (Motion, ECF No. 27.)

Plaintiff's participation in the hearing is important because if the Court grants the motion to withdraw, Plaintiff might have to represent herself in the case. Ideally, given the importance of the hearing, Plaintiff would appear in person.

In a communication with her counsel, Plaintiff cites a medical issue as the reason for her request. While the Court has no medical evidence from which it can assess whether Plaintiff's condition prevents her from attending the hearing in person, the record lacks any evidence that contradicts Plaintiff's assertion. The Court, therefore, will accept Plaintiff's representation, grant the motion, and permit Plaintiff to participate in the hearing by telephone if she concludes that her medical condition prevents her from attending the hearing in person.

Plaintiff shall notify the Court on or before July 23, 2024, whether she intends to participate by telephone or in person. If Plaintiff advises that she intends to participate by telephone, the clerk will provide Plaintiff with the information necessary to join the hearing by telephone.

## **NOTICE**

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 18th day of July, 2024.