UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CAROLYN NADEAU,<br><br>　Plaintiff,<br><br>v.<br><br>TOWN OF MILO,<br><br>　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-00408-NT<br>)<br>) |

NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF

　The undersigned, having moved for leave to withdraw as counsel for Plaintiff (ECF 25) and said motion having been granted (ECF 32), hereby withdraws as counsel for Plaintiff in the above-captioned action.

Date: July 31, 2024

Respectfully submitted,

_/s/ Chet Randall_
Chet Randall
Maine Bar No. 9152
Pine Tree Legal Assistance, Inc.
P.O. Box 547
Portland, ME 04112
207-552-3101
crandall@ptla.org