UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CAROLYN NADEAU,          )
                              )
        Plaintiff,         )
                              )     1:23-cv-00408-SDN
v.                           )
                              )
TOWN OF MILO,           )
                              )
        Defendant.     )

**REPORT OF FINAL PRETRIAL CONFERENCE**

The Court conducted a telephonic final pretrial conference on January 3, 2025. Plaintiff appeared pro se. Attorney Jonathan Hunter appeared for the Defendant.

Based on the discussion during the conference, the Court orders:

1. The Clerk's Office is directed to schedule the matter for a Judicial Settlement Conference on a date to be determined.

2. Should the parties fail to reach a settlement agreement, the Court will schedule the matter for trial, with an anticipated length of one day or less, for a date to be determined. The Court will provide the parties with reasonable notice of the trial date.

3. If the matter is set for trial, the parties shall file with the Court (a) a list of all trial stipulations, including all stipulations regarding the admissibility of exhibits, (b) a joint exhibit list, and (c) a list of witnesses each party intends to call at trial. Such lists shall be due two weeks prior to the scheduled trial date.

/s/ Stacey D. Neumann
U.S. District Judge

Dated this 6th day of January, 2025.