UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| CAROLYN NADEAU, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | 1:23-cv-00408-SDN |
| TOWN OF MILO, | ) | |
| Defendant | ) | |

**ORDER REGARDING SETTLEMENT CONFERENCE**

Following a final pretrial conference, the Court scheduled this matter for a Judicial Settlement Conference to be held remotely on January 28, 2025, commencing at 8:30 a.m. (Report of Final Pretrial Conference, ECF No. 40; Order Setting Settlement Conference, ECF No. 41.) The parties were provided with the information necessary to participate in the conference. The Court expected that Plaintiff would join the conference telephonically.

At the scheduled time for the conference, Defendant appeared by videoconference. Plaintiff did not appear for the conference. During the afternoon of January 28, Plaintiff contacted the court clerk's office to advise that she was unaware of the scheduled conference. While the docket reflects that notice was sent to the parties, at this time, the Court will defer further exploration and discussion of the reason for Plaintiff's non-attendance. Instead, the Court will reschedule the conference for February 5, 2025, at 9:00 a.m. The court clerk will provide the parties with the information necessary to participate in the conference.

## NOTICE

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 28th day of January, 2025.