## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **CAROLYN NADEAU**, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 1:23-cv-00408-SDN |
| **TOWN OF MILO,** ) | |
| ) | |
| Defendant. ) | |

## **DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER**

Defendant, Town of Milo ("Defendant"), by and through the undersigned counsel, moves to amend the scheduling order to enlarge the deadline for filing all dispositive motions, stating as follows:

1. This Court's first Scheduling Order, issued January 4, 2024, established June 13, 2024, as the deadline for filing of all dispositive motions. (ECF 8.)

2. On July 30, 2024, following the withdrawal of Plaintiff's counsel, this Court reset the deadline for dispositive motions to January 13, 2025.

3. Plaintiff remains *pro se* and a Settlement Conference was scheduled for January 28, 2025. (ECF 40, 41.)

4. On January 10, 2025, Defendant moved to enlarge the deadline for dispositive motions until 14 days after the Settlement Conference in order to permit the parties to focus their efforts on efficient use of the Settlement Conference. (ECF 42.) The Court granted that motion. (ECF 43.)

5. Plaintiff did not appear for the Settlement Conference on January 28, 2025. The Court reset the Settlement Conference for February 5, 2025. (ECF 47.)

6. The Settlement Conference was held on February 5, 2025, and was unsuccessful. (ECF 51.)

7. As Defendant noted in its Pretrial Memorandum and again in its previous motion to enlarge the dispositive motions deadline, the deadline for Plaintiff to respond to the Town's discovery has passed without response by Plaintiff. (ECF 38, 42.) Good-faith efforts to resolve this discovery dispute have failed, and a discovery dispute conference has been requested and scheduled for February 19, 2025. (ECF 52, 53.)

8. Plaintiff has of today's date not submitted her pretrial memorandum, which was due December 27, 2024. (ECF 37). *See also* L.R. 16.4(b).

9. To provide the parties with adequate time to prepare dispositive motions and avoid further prejudice to Defendant from Plaintiff's nonappearance at the scheduled settlement conference on January 28, 2025, and in light of the discovery conference now set for February 19, 2025, Defendant requests this Court continue the deadline for dispositive motion to February 26, 2025.

10. Plaintiff's position on this motion is unknown.

WHEREFORE, the Town respectfully requests that this Honorable Court amend the Scheduling Order to enlarge the deadline to file dispositive motions to February 26, 2025.

Dated: February 12, 2025

*/s/ Jonathan P. Hunter, Esq.*
Jonathan P. Hunter, Bar No. 4912
jhunter@rudmanwinchell.com

*/s/ Stephen W. Wagner, Esq.*
Stephen W. Wagner, Bar No. 5621
swagner@rudmanwinchell.com

Attorneys for Defendant Town of Milo
RUDMAN WINCHELL
84 Harlow Street
P.O. Box 1401
Bangor, ME 04402
207.947.4501

## **CERTIFICATE OF SERVICE**

I certify that on this 12th day of February 2025, I electronically filed Defendant's Motion to Amend Scheduling Order with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

I further certify that that I have on this date served a paper copy of Defendant's Motion to Amend Scheduling Order on Pro Se Plaintiff, Carolyn Nadeau, via certified mail through the United States Postal Service, at her mailing address of 580 Lakeview Road, Milo, Maine 04463.

Dated: February 12, 2025

*/s/ Jonathan P. Hunter, Esq.*
Jonathan P. Hunter, Bar No. 4912