EXHIBIT
A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MALLORY BIGELOW, as <br><br> PERSONAL REPRESENTATIVE OF THE ESTATE OF CAROLYN NADEAU <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF MILO, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-00408-SDN |

**PLAINTIFF'S ADMISSIONS TO DEFENDANT**

Plaintiff, Mallory Bigelow, Personal Representative of the Estate of Carolyn Nadeau, by and through undersigned counsel, pursuant to F.R. Civ. P. 36, and admits the following;

1. I received a copy of the "State of Maine Tax Collector's Notice, Lien Claim and Demand, 30 Day Notice" for 2018 property taxes assessed to 580 Lakeview Road by the Town of Milo, dated April 23, 2019, attached hereto as Exhibit 1.

   _____ Admit        \_\_\_\_\_X_____ Deny

   Plaintiff, after reasonable inquiry, lacks knowledge or information sufficient to form a belief about the truth of this request, and therefore cannot admit or deny it and so denies the same.

2. I received a copy of the "State of Maine Tax Lien Certificate 2018" for 2018 property taxes assessed to 580 Lakeview Road by the Town of Milo, dated May 24, 2019, attached hereto as Exhibit 2.

   _____ Admit        \_\_\_\_\_X_____ Deny

   Plaintiff, after reasonable inquiry, lacks knowledge or information sufficient to form a belief about the truth of this request, and therefore cannot admit or deny it and so denies the same.

3. I received a copy of the "State of Maine Notice of Impending Automatic Foreclosure, Title 36, M.R.S.A. Section 943" for 2018 property taxes assessed to 580 Lakeview Road by the Town of Milo, dated October 13, 2020, attached hereto as Exhibit 3.

   _____ Admit          \_\_\_\_\_X_____ Deny

   Plaintiff, after reasonable inquiry, lacks knowledge or information sufficient to form a belief about the truth of this request, and therefore cannot admit or deny it and so denies the same.

4. I received a copy of the "State of Maine Tax Collector's Notice, Lien Claim and Demand, 30 Day Notice" for 2019 property taxes assessed to 580 Lakeview Road by the Town of Milo, dated April 21, 2020, attached hereto as Exhibit 4.

   _____ Admit          \_\_\_\_\_X_____ Deny

   Plaintiff, after reasonable inquiry, lacks knowledge or information sufficient to form a belief about the truth of this request, and therefore cannot admit or deny it and so denies the same.

5. I received a copy of the "State of Maine Tax Lien Certificate 2019" for 2019 property taxes assessed to 580 Lakeview Road by the Town of Milo, dated May 22, 2020, attached hereto as Exhibit 5.

   _____ Admit          \_\_\_\_\_X_____ Deny

   Plaintiff, after reasonable inquiry, lacks knowledge or information sufficient to form a belief about the truth of this request, and therefore cannot admit or deny it and so denies the same.

6. I received a copy of the "State of Maine, Tax Collector's Notice, Lien Claim and Demand, 30 Day Notice" for 2020 property taxes assessed to 580 Lakeview Road by the Town of Milo, dated April 20, 2021, attached hereto as Exhibit 6.

   _____ Admit          \_\_\_\_\_X_____ Deny

Plaintiff, after reasonable inquiry, lacks knowledge or information sufficient to form a belief about the truth of this request, and therefore cannot admit or deny it and so denies the same.

7. I received a copy of the "State of Maine Tax Lien Certificate 2020" for 2020 property taxes assessed to 580 Lakeview Road by the Town of Milo, dated May 21, 2021, attached hereto as Exhibit 7.

_____ Admit          \_\_\_\_\_X_____ Deny

Plaintiff, after reasonable inquiry, lacks knowledge or information sufficient to form a belief about the truth of this request, and therefore cannot admit or deny it and so denies the same.

Dated: May 27, 2025

/s/John Z. Steed

John Z. Steed, Esq. Bar No. 5399
Island Justice
P.O. Box 771/43 School Street
Stonington, ME 04681
(207) 200-7077
john@islandjusticelaw.com

3