UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **MALLORY BIGELOW**, as Personal Representative of the **ESTATE OF CAROLYN NADEAU**,<br><br>    Plaintiff,<br>v.<br><br>**TOWN OF MILO,**<br><br>    Defendant. | Civil Action No. 1:23-cv-00408-SDN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled matter, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that the above matter be and hereby is dismissed with prejudice and without costs or fees to either party.

Dated: November 13, 2025

/s/ John Z. Steed*
John Z. Steed, Esq., Bar No. 5399
john@islandjusticelaw.com

Island Justice
Attorney for Plaintiff Mallory Bigelow
43 School Street
P.O. Box 771
Stonington, ME 04681
207.200.7077

*Electronically signed with permission

/s/ Jonathan P. Hunter
Jonathan P. Hunter, Esq., Bar No. 4912
jhunter@rudmanwinchell.com

/s/ Stephen W. Wagner
Stephen W. Wagner, Esq. Bar No. 5621
swagner@rudmanwinchell.com

Rudman Winchell
Attorneys for Defendant Town of Milo
84 Harlow Street
P.O. Box 1401
Bangor, ME 04402
207.947.4501

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF system, which will provide notice to all counsel of record in this case.

Dated: November 13, 2025            */s/ Jonathan P. Hunter*
                                            Jonathan P. Hunter, Esq., Bar No. 4912